No. 85–1613. UNITED STATES v. JOHN DOE, INC. I, ET AL. C. A. 2d Cir. Motion of petitioners in No. 85–1840, *Archer-Daniels-Midland Co. et al.* v. *United States*, for contemporaneous consideration denied. Certiorari granted.

No. 85–5348. BUCHANAN v. KENTUCKY. Sup. Ct. Ky. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–6590. ROWAN v. OWENS, SUPERINTENDENT, INDIANA STATE REFORMATORY. C. A. 7th Cir. Certiorari denied.

No. 84–6854. BECK v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 84–7000. COLSON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 85–949. ST. REGIS MOHAWK TRIBE, NEW YORK v. BROCK, SECRETARY OF LABOR. C. A. 2d Cir. Certiorari denied.

No. 85–1109. MILWAUKEE COUNTY, WISCONSIN v. BROCK, SECRETARY OF LABOR. C. A. 7th Cir. Certiorari denied.

No. 85–1167. MAYOR'S OFFICE OF EMPLOYMENT AND TRAINING, CITY OF CHICAGO, ET AL. v. UNITED STATES DEPARTMENT OF LABOR. C. A. 7th Cir. Certiorari denied.

No. 85–1304. SPANG & CO. v. DELGROSSO ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–1319. BUTTS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–1430. GARTH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–1448. LOCAL 560 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.